An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CALVIN LESLIE,
Appellant,
vs.
ZGO TRUST,
Respondent.

No. 65806

**FILED**

JUL 01 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This proper person appeal arises from the district court's dismissal of an appeal from a justice court decision.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "[t]he district court has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.[1]

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

---

[1]In light of this order, we deny as moot all requests for relief currently pending in this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-21426

cc: Hon. James M. Bixler, District Judge
Calvin Leslie
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A